IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-CR-187-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| LESLIE FOSTER BRYANT | ) | |

This matter is before the Court upon defendant's request to the Federal Bureau of Prisons (BOP) that his federal sentence be served concurrently with a North Carolina state term of imprisonment and the BOP's request for the Court's position with respect to a retroactive designation.

It is the Court's intention that defendant's federal sentence be concurrent to his state term of imprisonment.

SO ORDERED, this ⊃ᴅ day of January, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE