UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Leslie Foster Bryant            Docket No. 5:03-CR-187-1BO

Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Leslie Foster Bryant, who, upon an earlier plea of guilty to Bank Robbery (2 counts) and Aiding and Abetting (2 counts), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 8, 2004, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Leslie Foster Bryant was released from custody on March 10, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 6, 2017, the defendant was charged by the Raleigh Police Department with Possession of Drug Paraphernalia. Bryant did not report the law enforcement contact to the probation officer as required, however, it was discovered during a routine records check. When confronted, the defendant advised he was sitting next to a crack pipe in a park and the police charged him with possession of the pipe as no one else was around. The charge is pending in Wake County District Court.

Additionally, Bryant tested positive for marijuana and cocaine on May 15 and June 9, 2017, and admitted to using the substances in addition to Ecstasy. On June 15, 2017, the defendant admitted to smoking marijuana on June 10, 2017. The defendant has been referred for substance abuse treatment and is currently participating in therapy. The probation office recommended that Mr. Bryant participate in the HOPE Reentry Court; however, he declined the opportunity. He did agree to participate in a cognitive behavioral program and we would recommend the court add this condition, so that he can be referred for the program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Leslie Foster Bryant
Docket No. 5:03-CR-187-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: June 19, 2017

## ORDER OF THE COURT

Considered and ordered this __19__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge